IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR294 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DARRIN L. HAYNES, | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706. Defense counsel has entered an appearance. (Filing No. 195.)

IT IS ORDERED:

1. Counsel must file a motion, simultaneous briefs and/or a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

2. The Probation Office must submit a worksheet within thirty (30) days; and

3. The Clerk is directed to e-mail a copy of this Order to the U.S. Probation Office.

DATED this 10th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge