AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR294 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19623-047 |
| | ) | |
| DARRIN L. HAYNES, | ) | KAREN M. SHANAHAN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 5/10/2005 | ) | |

**Order Regarding Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

     Under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 262 months is reduced to 210 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 35 | | Amended Offense Level: | 33 |
| Criminal History Category: V | | Criminal History Category: | V |
| Previous Guideline Range: 262 to 327 months | | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓    The reduced sentence is within the amended guideline range.

☐    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐    Other (explain):

**III. ADDITIONAL COMMENTS**
The Court considered the worksheet prepared by the Probation Office and the government's response (Filing No. 208) to the Court's order (Filing No. 201).
Except as provided above, all provisions of the judgment dated May 10, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 18th day of August, 2008
Effective Date: Monday, September 1, 2008

                                                s/ Laurie Smith Camp
                                                United States District Judge