AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR294 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19623-047 |
| | ) | |
| DARRIN L. HAYNES, | ) |   Karen M. Shanahan |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: May 10, 2005 | ) | |
| Amended:        August 18, 2008 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

     Upon the Court's own motion under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 262 months, later reduced to 210 months, is now reduced to 168 months. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 31 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 168 to 210 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated May 10, 2005, as amended on August 18, 2008, remain in effect.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2012
Effective Date: November 2, 2012

                                                    s/Laurie Smith Camp
                                                    Chief United States District Judge